IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:12-CV-457-MOC-DCK

| | |
|---|---|
| JILL M. KANE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| TIAA-CREF INVESTMENT ) | |
| MANAGEMENT, LLC, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 27) filed by Robert E. Harrington on August 6, 2012, concerning John Michael Riordan. Mr. Riordan seeks to appear as counsel *pro hac vice* for Defendant Teachers Insurance Annuity Association of America (improperly pled as "TIAA-CREF Investment Management, LLC").

Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, Mr. Riordan is hereby admitted to appear before the Court *pro hac vice* on behalf of Defendant Teachers Insurance Annuity Association of America (improperly pled as "TIAA-CREF Investment Management, LLC").

Signed: August 6, 2012

David C. Keesler
United States Magistrate Judge